UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY KILBOURN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-034 |
| | § | |
| VOESTALPINE TEXAS HOLDING LLC, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants voestalpine Texas Holding LLC and voestalpine Texas LLC's Motion for Extension of Time for Defendants to Respond to Plaintiff's Amended Complaint (D.E. 26). After due consideration, the Court GRANTS the motion and ORDERS Defendants to file their responses to Plaintiff's Amended Complaint on or before March 25, 2020.

ORDERED this 17th day of March, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE